13256.  OLLIFF *v.* HARTLEY.

STEPHENS, J. There being evidence to authorize the inference that the defendant contracted with the plaintiff to buy the latter's interest in an option, which both had, to purchase certain real estate, and that the defendant had failed to perform his contract, the verdict rendered against the defendant in a suit for breach of the contract was authorized.

    *Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

    DECIDED FEBRUARY 27, 1923.

Complaint; from Candler superior court — Judge Hardeman. December 22, 1921.

 *Kirkland & Kirkland,* for plaintiff in error.

 *Landier, Deal & Renfroe,* contra.